**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**DIANA MEY,**

          Plaintiff,

    v.                               **CIV. ACT. NO. 5:26-CV-46**
                                             Judge Bailey

**PELICAN INVESTMENT HOLDINGS GROUP LLC,**
d/b/a "Affordable Auto Shield,"
d/b/a "AASLLC,"
d/b/a "AAS,"
d/b/a "Affordable Auto Protection,"
d/b/a "AAP,"
**SUNPATH LTD.,**
**SING FOR SERVICE, LLC,** d/b/a "Mepco,"

          Defendants.

## <u>ORDER</u>

On April 17, 2026, plaintiff filed a Notice of Settlement and Request for Entry of Dismissal Order [Doc. 8]. Therein, the plaintiff informs this Court that "she has received a settlement in principle with all Defendants in the above referenced matter, resolving the claims asserted in this action." [Doc. 8 at 1]. Plaintiff further states that no defendants have entered an appearance in this action and therefore indicates her intent to voluntarily dismiss her claims pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure. [Id.].

Thus, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to

reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit a copy of this to the *pro se* plaintiff.

**DATED:** April 17, 2026.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**