IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINI
WHEELING DIVISION

**FILED**

DIANA MEY,

MAY 1 8 2026

     Plaintiff,

US. DISTRICT COURT- WVND
WHEELING, WV 26003

v.                                                                 Civil Action No. 26-cv-0046

PELICAN INVESTMENT
HOLDINGS, D/B/A AFFORDABLE
AUTO SHIELD, AASLLC, AAS, AFFORDABLE
AUTO PROTECTION, & AAP;

SUNPATH LTD.

and

SING FOR SERVICE LLC
D/B/A MEPCO

     Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Diana Mey, proceeding pro se, hereby gives notice that this action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No defendant has filed an answer or a motion for summary judgment in this action, and no defendant has entered an appearance.

Accordingly, Plaintiff dismisses all claims against all Defendants in this matter with prejudice.

Dated May 18, 2026

                          Respectfully submitted,

/s/ *Diana Mey*

*Diana Mey*
*14 Applewood Drive*
*Wheeling WV  26003*
*(304) 280-1607*
*diana_mey@comcast.net*
*Plaintiff Pro Se*